**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEVERON DELANEY,

                           Plaintiff,

      -against-                                19 **CIVIL** 3524 (PMH)

                                             **JUDGMENT**

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS, et al.,

                         Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 25, 2021, the Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York

      January 25, 2021

                                                       **RUBY J. KRAJICK**
                                                   _____
                                                        **Clerk of Court**
                                   **BY:** _____
                                                         **Deputy Clerk**